

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00192-CV

_____

AMAZON PAYMENTS, INC., Appellant

V.

WORLD DECOR LAND LLC, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-347920-23

Before Kerr, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant Amazon Payments, Inc.'s Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 3, 2024